IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARIE KAYE CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:08cv212-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion for Extension of Time to File Brief (Doc. #13), it is

ORDERED that the Motion (Doc. #13) is GRANTED. Defendant's brief is now due on or before 20 October 2008.

Done this 3rd day of September, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE